UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:24-cr-00221-SEB-TAB |
| | ) | |
| DESTINEE RUFFIN, | ) | -01 |
| TONY MCMULLEN, | ) | -02 |
| JOHN YOUNG, | ) | -03 |
| KENDALL THOMPSON, and | ) | -04 |
| ERIC HOLLIS, | ) | -05 |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO UNSEAL CASE**

This matter is before the Court on the Motion of the United States requesting the Court to issue an Order to unseal this case.

Having considered the Government's request, the Court hereby GRANTS this motion and directs the Clerk to **UNSEAL** the case.

SO ORDERED.

Date: 2/14/2025

Kellie M. Barr
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF